IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| THE AUSTIN CHRONICLE CORPORATION, § § | |
| Plaintiff, § § | |
| v. § | Case No. 1:24-CV-00717-RP |
| § | |
| THE HANOVER CASUALTY COMPANY, § § | |
| Defendant. § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE ROBERT L. PITMAN:

Pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., Plaintiff The Austin Chronicle Corporation ("the Chronicle") stipulates to the following:

1. The Chronicle filed this lawsuit on June 27, 2024.

2. The parties have reached an agreement to resolve all claims that the Chronicle raised, or could have raised, in this lawsuit.

3. The Court extended Defendant The Hanover Casualty Company's deadline to answer the lawsuit while the parties pursued settlement discussions, so it has not made an appearance in this lawsuit and has sought no relief against the Chronicle.

4. The Chronicle stipulates to the dismissal with prejudice of all claims it asserted in this lawsuit.

5. The Chronicle will bear all costs and fees it has incurred in this lawsuit.

Respectfully submitted,

/s/ *Peter D. Kennedy*
Peter D. Kennedy
State Bar No. 11296650
Graves, Dougherty, Hearon & Moody, P.C.
401 Congress Avenue, Suite 2700
Austin, Texas 78701
(512) 480-5764
(512) 536-9908 (Fax)
pkennedy@gdhm.com

**ATTORNEYS FOR THE AUSTIN CHRONICLE CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2024, a true and correct copy of the foregoing document was emailed as shown below:

Thomas M. Spitaletto
Wilson Elser
Bank of America Plaza
901 Main Street, Suite 4800
Dallas, TX, 75202
thomas.spitaletto@wilsonelser.com
*Counsel for Defendant The Hanover Casualty Company*

/s/Peter D. Kennedy
Peter D. Kennedy